**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Sorrells Funeral Home, Inc.
    1301 Neal Metcalf Road
    Enterprise, Alabama 36330

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *[signature]*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name) *J R Burch*   C. Date of Delivery 5-16-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☑ No

   06cv718

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0007 2630 0441

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540