## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 18, 2006

NOTICE OF REASSIGNMENT

To:  All Counsel of Record

Re:  Gill v. Sorrells Funeral Home, Inc. et al
Civil Action No. 1:06-cv-00718-SRW

The above-styled case has been reassigned to Judge Mryon H. Thompson.

Please note that the case number is now 1:06-cv-00718-(MHT).   This new case number should be used on all future correspondence and pleadings in this action.