

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Buddy Gill

V.                                              **SUMMONS IN A CIVIL ACTION**

Sorrells Funeral Home, Inc. and Terry G. Sorrells

CASE NUMBER:  1:06cv718-

TO: (Name and address of Defendant)

Terry G. Sorrells
103 Taylor Street
Enterprise, Alabama 36330

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William R. Davis
Park Place Center
8650 Minnie Brown Road, Suite 150
Montgomery, Alabama 36117

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    8/14/06

CLERK                                               DATE

(By) DEPUTY CLERK