IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| BUDDY GILL, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:06cv718-MHT |
| | ) | |
| SORRELLS FUNERAL HOME, | ) | |
| INC., and TERRY G. | ) | |
| SORRELLS, | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

It is ORDERED that the motion to dismiss (doc. no. 7) is set for submission, without oral argument, on September 27, 2006, with all briefs due by said date.

DONE, this the 13th day of September, 2006.

          /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE