IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **BUDDY GILL** )<br>)<br>Plaintiff, )<br>)<br>) **CIVIL ACTION NO.: 1:06-CV-718**<br>-vs- )<br>)<br>)<br>**SORRELLS FUNERAL HOME, INC.; et al.** )<br>)<br>Defendants. )<br>) | |

## NOTICE OF APPEARANCE

**COMES NOW** Andy Nelms to enter his appearance as the attorney for Plaintiff herein and respectfully requests of the Court and all parties that he be served with process and all needful papers.

RESPECTFULLY SUBMITTED on this the 14th day of September, 2006.

/s/ Andy Nelms
ANDY NELMS
ASB-6972-E63K
Attorney for Plaintiff

**OF COUNSEL:**

**LAW OFFFICES OF JAY LEWIS, LLC.**
P.O. Box *5059*
Montgomery, AL 36103
(334) 263-7733
(334) 832-4390 (Fax)
Andynelms@jaylewislaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 14, 2006, I electronically filed the foregoing document with the Clerk of this Court via the CM/ECF system, which will send notification of such filing to the following:


Elizabeth B. Glasgow
**FARMER, PRICE, HORNSBY & WEATHERFORD, LLP.**
100 Adris Place
P.O. Drawer 2228
Dothan, Alabama 36302
(334) 793-2424
(334) 793-6624
eglasgow@fphw-law.com

S. Mark Andrews
**MORRIS, CARY, ANDREWS, TALMADGE & JONES, LLC.**
P.O. Box 1649
(334) 792-1420
(334) 673-0077
mandrews@mcatlaw.com


           /s/ Andy Nelms
           OF COUNSEL