IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **BUDDY GILL** | ) <br> ) <br> ) |
|     **Plaintiff,** | ) <br> ) CIVIL ACTION NO.: 1:06cv718-MHT - |
| vs- | ) <br> ) <br> ) |
| **SORRELLS FUNERAL HOME, INC.; et al.** | ) <br> ) |
|     **Defendants.** | ) <br> ) |

**REPORT OF PARTIES PLANNING MEETING**

1.  Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on September 26, 2006, by telephone and was attended by William R. Davis on behalf of Plaintiff, and Elizabeth B. Glasgow on behalf of the Defendants.

2.  **Pre-Discovery Disclosures**. The parties will exchange by October 28, 2006 the information required by Rule 26(a)(l) of the Federal Rules of Civil Procedure.

3.  **Discovery Plan**. The parties jointly propose the following discovery plan:

(a)  Discovery will be needed on liability, damages, and defenses.

(b)  All discovery will be commenced in time to be completed by September 22, 2007.

(c)  Maximum of 40 interrogatories by each party to any other party. The responses are due 30 days after service.

(d) Maximum of 10 depositions per party, excluding experts, with each deposition limited to 6 hours unless extended by agreement of the parties.

(f) Supplemental disclosures and supplemental discovery responses under Fed.R.Civ.P. 26(e) shall be made at reasonable intervals once new or different information becomes known to any party that should be disclosed under Fed.R.Civ.P. 26(a)(1), or that adds to, changes, or corrects an earlier discovery response, but no later than 30 days before the end of the allowed discovery period.

4. **Other items.**

(a) The parties do not request a conference with the court before entry of the scheduling order.

(b) Reports from retained experts under *Fed.R.Civ.P.* 26(a)(2) are due from the Plaintiff on January 22, 2007 and any such expert shall be made available for deposition no later than February 22, 2007. Reports from retained experts under *Fed.R.Civ.P.* 26(a)(2) are due from the Defendants on March 22, 2007 and any such expert shall be made available for deposition no later than April 22, 2007.

(c) The parties request a pretrial conference in August 2007.

(d) All potential dispositive motions should be filed by June 22, 2007.

(e) Plaintiff should be allowed until December 22, 2006 to join additional parties and to amend pleadings.

(f) Defendant should be allowed until January 22, 2007 to join additional parties and to amend pleadings.

(g) Settlement and mediation cannot realistically be evaluated until the parties conduct further discovery.

(h) Exchange of final lists of witnesses and exhibits under Rule 26 (a)(3) are due 30 days before trial.

(i) Parties should have 14 days after service of final lists of witnesses and exhibits to serve all objections under Rule 26 (a)(3).

(j)
(k) The case should be ready for trial by October 22, 2007.

(l) The trial of this matter should last two (2) days.

The attorneys for the Parties jointly prepared this Report of the Parties' Planning Meeting and counsel for Defendants have reviewed this report and given permission to Plaintiff's counsel to electronically file the instant report with the Court on behalf of the Parties.

Respectfully submitted this the 27th day of September 2006.

/s/ William R. Davis
WILLIAM R. DAVIS (DAV140)
ASB-1115-D59W
Attorney for Plaintiff

**OF COUNSEL:**

**DAVIS & HERRINGTON, L.L.C.**
Park Place Center
8650 Minnie Brown Road, Suite 150
Montgomery, Alabama 36117
(334) 215-4449
(334) 215-4459 (Fax)
wrd@davisherrington.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 26, 2006, I electronically filed the foregoing document with the Clerk of this Court via the CM/ECF system, which will send notification of such filing to the following:


Andy Nelms
P.O. Box *5059*
Montgomery, AL 36103
(334) 263-7733
(334) 832-4390 (Fax)
Andynelms@jaylewislaw.com

Elizabeth B. Glasgow
**FARMER, PRICE, HORNSBY & WEATHERFORD, LLP.**
100 Adris Place
P.O. Drawer 2228
Dothan, Alabama 36302
(334) 793-2424
(334) 793-6624
eglasgow@fphw-law.com

S. Mark Andrews
**MORRIS, CARY, ANDREWS, TALMADGE & JONES, LLC.**
P.O. Box 1649
(334) 792-1420
(334) 673-0077
mandrews@mcatlaw.com


                                      /s/ William R. Davis
                                      OF COUNSEL