IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| BUDDY GILL,                     ) | |
|     Plaintiff,              ) | |
|     v.                         ) | CIVIL ACTION NO.<br>1:06cv718-MHT |
| SORRELLS FUNERAL HOME,     )<br>INC., and TERRY G.         )<br>SORRELLS,                  ) | |
|     Defendants.           ) | |

### ORDER

It is ORDERED that the motion to dismiss (doc. no. 7) is denied.

DONE, this the 27th day of September, 2006.

                         /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**