IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
BUDDY GILL,                      )
                                 )
    Plaintiff,                   )
                                 )      CIVIL ACTION NO.
    v.                           )       1:06cv718-MHT
                                 )
SORRELLS FUNERAL HOME,           )
INC., and TERRY G.               )
SORRELLS,                        )
                                 )
    Defendants.                  )
```

ORDER

It is ORDERED that the joint motion for approval of settlement (doc. no. 15) is set for an on-the-record hearing on January 17, 2007, at 10:00 a.m. Counsel for defendants are to arrange for the hearing to be conducted by telephone. Plaintiff must be included in the call.

DONE, this the 8th day of January, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE