# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. __MYRON H. THOMPSON,__ JUDGE         AT MONTGOMERY  ALABAMA

DATE COMMENCED  January 17, 2007     AT  10:05   A.M./P.M.

DATE COMPLETED  January 17, 2007     AT  10:14   A.M./P.M.

BUDDY GILL

    plaintiff

     v.                                Civil Action
                                    1:06-cv-718-MHT
SORRELLS FUNERAL HOME, INC. et al

    defendants

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| Atty William Richard Davis | X<br>X<br>X | Atty Elizabeth B. Glasgow |

**COURT OFFICIALS PRESENT:**

| Anthony Green,<br>Courtroom Clerk | Danielle Goldstein,<br>Law Clerk | Mitchell Reisner,<br>Court Reporter |
|---|---|---|

PROCEEDINGS:

( ) NON-JURY TRIAL
(X) OTHER PROCEEDING       ON-THE-RECORD HEARING re [15] Joint Motion
                           for Approval of Settlement (Telephone)

10:05 a.m.                 On-the-record hearing commenced with
                           Plaintiff Buddy Gill, and Carrie & Defendant
                           Terry Sorrells regarding [15] Joint Motion
                           for Approval of Settlement. Atty Davis'
                           statements as to how the court should
                           proceed. Plaintiff has no objections to the
                           approval of the settlement. Counsels'
                           statements (estimate) of the amount of hours
                           and overtime hours and other issues involved
                           regarding the settlement. Plaintiff Gill
                           sworn and request for court to approve
                           settlement. Matter taken under advisement
                           order to issue.
10:14 a.m.                 Conference concluded.

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

BUDDY GILL

    v                                                        1:06cv718/MHT

SORRELLS FUNERAL HOME, INC. et al

| PLAINTIFF | DEFENDANT |
|---|---|

WITNESS LIST

1. BUDDY GILL