IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |  |
|---|---|---|
| BUDDY GILL, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:06cv718-MHT |
| | ) | (WO) |
| SORRELLS FUNERAL HOME, | ) | |
| INC., and TERRY G. | ) | |
| SORRELLS, | ) | |
| | ) | |
|    Defendants. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The parties' joint motion for approval of settlement (Doc. No. 15) is granted and the settlement is approved.

(2) Pursuant to the settlement agreement, plaintiff Buddy Gill is to recover $ 12,000.00 from defendants Sorrell Funeral Home, Inc. and Terry Sorrell.

(3) Pursuant to the settlement agreement and so that the court may enforce the agreement, the court retains

jurisdiction until it receives notice that the parties have complied with the terms of the settlement agreement.

(4) The parties are to bear their own costs and attorneys' fees.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 18th day of January, 2007.

                                                  /s/   Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE