IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **BUDDY GILL,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| vs. § | **Case No.: 1:06-cv-718** |
| § | |
| **SORRELLS FUNERAL HOME, INC.,** § | |
| **and TERRY G. SORRELLS,** § | |
| § | |
| **Defendants.** § | |

## STIPULATION FOR DISMISSAL

**COMES NOW** the Plaintiff and Defendants, by and through their attorneys of record, and stipulate and agree that the above styled case be dismissed, with prejudice, and with each party to bear their own costs.

DATED this the 20th day of February, 2007.

By: __s/ Elizabeth B. Glasgow_____
Elizabeth B. Glasgow ASB-8348-S58E
Attorney for Defendants

**OF COUNSEL:**
**FARMER, PRICE, HORNSBY**
 **& WEATHERFORD, L.L.P.**
**Post Office Drawer 2228**
**Dothan, Alabama 36302**
**Tel:    (334) 793-2424**
**Fax:   (334) 792-6624**
**Email: eglasgow@fphw-law.com**

**S. Mark Andrews**
**Attorney for Defendants**
**Morris, Cary, Andrews, Talmadge & Jones, LLC**
**P. O. Box 1649**
**Dothan, Alabama 36302**
**Tel:    (334) 792-1420**

**Fax:  (334) 673-0077**
**Email: MAndrews@MCATLaw.com**

                                            **By:  s/ William R. Davis**
                                                William R. Davis
                                                Attorney for Plaintiff

**OF COUNSEL:**
**DAVIS & HERRINGTON, L.L.C.**
**Park Place Center**
**8650 Minnie Brown Road, Suite 150**
**Montgomery, Alabama 36117**

**OF COUNSEL:**
**Andy Nelms**
**Attorney for Plaintiff**
**P.O. Box 5059**
**Montgomery, AL 36103**
**(334) 263-7733**
**(334) 832-4390 (Fax)**
**Email: Andynelms@jaylewislaw.com**

## CERTIFICATE OF SERVICE

   I hereby certify that on February 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

   William R. Davis, Esq.
   Attorney for Plaintiff
   Davis & Herrington, L.L.C.
   Park Place Center
   8650 Minnie Brown Road, Suite 150
   Montgomery, Alabama 36117

   Andy Nelms
   Attorney for Plaintiff
   P.O. Box 5059
   Montgomery, AL 36103

                                            **s/ Elizabeth B. Glasgow**
                                            Of Counsel